1  Ethan A. Glaubiger, California State Bar #157485
**LAW OFFICES OF ETHAN A. GLAUBIGER**
2  740 Fourth Street, 2nd Floor
Santa Rosa, California 95404
3  (707) 578-4505

4  Attorneys for Plaintiffs,
REFLEX, LLC a California limited liability company,
5  and DAVID REED, an individual

6

7

8

9

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

10

11  REFLEX, LLC a California limited liability company, and DAVID REED, an individual,

CASE NO:  C 08-04730 SI

12

**NOTICE OF VOLUNTARY DISMISSAL**

13           Plaintiffs,

14      vs.

15  ROBERT PRICONE, an individual, 10x Technology, a business, form unknown and DOES 1 through 20, inclusive,

16

17

18           Defendants.

19

20       NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff

21  voluntarily dismisses the above-captioned action without prejudice.

22  Dated:  November 4, 2008        LAW OFFICES OF ETHAN A. GLAUBIGER

23

24                     BY:    _____/S/_____
25                            ETHAN A. GLAUBIGER
                              Attorneys for Plaintiffs,
26                            REFLEX, LLC and DAVID REED

27

28

*(sidebar, left margin)* LAW OFFICES OF ETHAN A. GLAUBIGER 740 Fourth Street, 2nd Floor, Santa Rosa, CA 95404 Tel: (707) 578-4505 Fax: (707) 578-0409

IT IS SO ORDERED
Judge Susan Illston

1
Notice of Voluntary Dismissal